```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                       :
UNITED STATES OF AMERICA               :
                                       :
              -v.-                     :        12 Cr. 389 (SHS)
                                       :
KEITH GREENLEE,                        :
                                       :
              Defendant.               :
- - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/12

Order

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge [Theodore H. Katz] on May 16, 2012;

WHEREAS, the United States Magistrate Judge found that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea, and recommended that the District Court accept the defendant's plea of guilty;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Sept 6, 2012, NY NY
So ordered

[signature]
Sidney H. Stein
U.S.D.J.